UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:11-cr-277-T-30MAP

KENEL CHERFILS

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the United States' Motion for entry of a Preliminary Order of Forfeiture (Doc. 49), pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(b)(2), for the following property which, upon entry, shall become final as to the defendant Kenel Cherfils:

(1) $827.00 in U.S. currency;

(2) 2002 Dodge Ram 1500 Pickup, Vehicle Identification Number: 3D7HA18N42G187267;

(3) 4 Dub Rims on Desert Storm D8 Tires, Delinte Tires; and

(4) Revo DVR, serial number: 11460110070897 with monitor and cords.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite nexus between the drug trafficking conspiracy, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), charged in Count One of the Indictment and the property referenced above.

The Court further finds that the defendant has consented to the forfeiture of the property referenced above because the assets constitute, or are traceable to, proceeds of Count One. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Doc. 49) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), the property identified above is hereby forfeited to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on October 26, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2011\11-cr-277.preliminary forfeit 49.wpd