UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     Case No. 8:11-cr-277-T-30MAP

KENEL CHERFILS

## **FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 69), pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following property:

(1) $827.00 in U.S. currency;

(2) 2002 Dodge Ram 1500 Pickup, Vehicle Identification Number: 3D7HA18N42G187267;

(3) 4 Dub Rims on Desert Storm D8 Tires, Delinte Tires; and

(4) Revo DVR, serial number: 11460110070897 with monitor and cords.

Being fully advised in the premises, the Court finds that on October 26, 2011, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of defendant Kenel Cherfils in the property referenced above. Doc. 50.

The Court further finds that on February 21, 2012, the defendant was sentenced and the forfeiture was included in his Amended Judgment in a Criminal Case. Docs. 65 and 68.

The Court further finds that in accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the property on the official government website, www.forfeiture.gov, from October 27, 2011 through November 25, 2011. Doc. 57. The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

The Court further finds that the only persons or entities, other than the defendant, known to have an alleged interest in the property are Alaine Chevalier and Aimee Chevalier, both of whom agreed to forfeiture of the referenced property. Docs. 32 and 33. No third party has filed a petition or claimed an interest in the property, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 69) is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the property is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on March 8, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
Counsel/Parties of Record

F:\Docs\2011\11-cr-277.forfeit 69.wpd